UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VILLANUEVA, aka RUDY ANTHONY GUZMAN,<br><br>        Petitioner,<br><br>vs.<br><br>VICTOR M. ALMAGER,<br><br>        Respondent. | ) Case No. EDCV 07-0553-CAS(RC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: January 18, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

R&R\07-0553.jud
12/11/07